■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. J'AIME MICHELE, Appellant, v DAVID R. HARRIS, as Superintendent of Green Haven Correctional Facility, Respondent.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated February 10, 1978, which dismissed the petition. Appeal dismissed as

academic, without costs or disbursements, since petitioner has already been released on parole. Rabin, J. P., Gulotta, Shapiro and Mangano, JJ., concur.